| | |
|---|---|
| James F. Lewin (SBN 140268)<br>Kelsey Luu (SBN 315593)<br>THE MORTGAGE LAW FIRM, PLC<br>27455 Tierra Alta Way, Suite B<br>Temecula, California 92590<br>Telephone: (619) 465-8200<br>Facsimile: (951) 225-4073<br>Kelsey.Luu@mtglawfirm.com<br>TMLF File No. 145111<br><br>Attorneys for Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper | |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| In re<br><br>KARA A. CASTELLI<br>FKA KARA ANN YATES<br>AKA KARA ANN CASTELLI,<br><br>Debtor. | Case No. 19-00682 – LA13<br><br>Chapter 13<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE<br><br><u>PROPERTY ADDRESS</u><br>10784 N Magnolia Ave 1H<br>Santee, CA 92071 |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), THE MORTGAGE LAW FIRM, PLC, hereby enters its appearance in the above entitled bankruptcy case on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper, and requests special notice of all events relevant to the above referenced bankruptcy case and copies of all pleadings or documents filed in relation to the above referenced bankruptcy case, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditor committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above referenced bankruptcy court.

THE MORTGAGE LAW FIRM, PLC, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

THE MORTGAGE LAW FIRM, PLC
27455 Tierra Alta Way, Suite B
Temecula, California 92590

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

    a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; this Request for Special Notice shall not operate as a confession and/or concession of jurisdiction.;

    b.    Right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding THE MORTGAGE LAW FIRM, PLC's participation in the instant proceeding. Moreover, the within party does not authorize THE MORTGAGE LAW FIRM, PLC, either expressly or impliedly through the THE MORTGAGE LAW FIRM, PLC's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

    c.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    d.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    e.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

1 | DATED:   March 19, 2019            THE MORTGAGE LAW FIRM, PLC
2
3                                      BY: /s/ Kelsey Luu
                                           Kelsey Luu, Esq.,
4                                          Attorneys for Creditor
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I am employed in the County of Riverside, State of California. I am over the age of eighteen (18) and not a party to or interested in this bankruptcy case. I am an employee of The Mortgage Law Firm, PLC, and my business address is 27455 Tierra Alta Way, Suite B, Temecula, California 92590. On March 19, 2019, I served the following documents described as: NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE on the following persons and/or entities by first class mail unless noted otherwise below:

- ■ MAIL: by placing a true copy(ies) of the document(s) in a sealed envelope(s) for collection and mailing in the outgoing mail in my office for deposit in the United States mail, addressed as shown below. I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the United States Postal Service. On the same day that the outgoing mail is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

- ■ ELECTRONICALLY Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed below who are registered with the Court's CM/ECF system.

- ■ FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| Debtor – VIA U.S. MAIL<br>Kara A. Castelli<br>10784 North Magnolia Ave. Unit 1H<br>Santee, CA 92071 | Debtors' Counsel – VIA CM/ECF<br>Ahren A. Tiller<br>atiller@blc-sd.com, brett.bodie@blc-sd.com; carolina@blc-sd.com; anika@blcsd.com; danny@blc-sd.com; kreyes@blc-sd.com; derek@blc-sd.com; ecf.blcsd@gmail.com; Megan@blcsd.com; Nicole@blc-sd.com; 4436097420@filings.docketbird.com |
| --- | --- |
| Chapter 13 Trustee – VIA CM/ECF<br>David L. Skelton<br>admin@ch13.sdcoxmail.com;<br>dskelton13@ecf.epiqsystems.com | United States Trustee – VIA CM/ECF<br>United States Trustee<br>ustp.region15@usdoj.gov |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 19, 2019, at Temecula, California.

/s/ Susan Ramirez
Susan Ramirez